IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Criminal No. 08-186 |
| | : | |
| BURNIE MAJEED and KELVIN GANDY | : | |

ORDER

AND NOW, this 4th day of August 2009, upon consideration of Defendant Burnie Majeed's Supplemental Motion to Suppress Evidence (Doc. No. 98), Defendant Majeed's Second Supplemental Motion to Suppress (Doc. No. 108), and Defendant Kelvin Gandy's Motion to Suppress Fruits of Search Warrants (Doc. No. 87 at 20-24), it is hereby ORDERED as follows:

1. Defendant Burnie Majeed's request to suppress the fruits of the searches conducted at the residences located at 311 Watchgate Way in Townsend, Delaware and 823 Cornstalk Drive in New Castle, Delaware (Doc. No. 98 at 26-30) is DENIED;

2. Defendant Burnie Majeed's request to suppress the fruits of the searches conducted at Bank of America and Wachovia Bank (Doc. No. 98 at 26-30) is DENIED;

3. Defendant Kelvin Gandy's request to suppress the fruits of the searches conducted at 1201 Lincoln Avenue, Apartment 8, Prospect Park, Pennsylvania and 4103 Hamilton Drive, Apartment 2621, Vorhees, New Jersey (Doc. No. 87 at 20-24) is DENIED;

4. The Government must advise this Court within three days of the issuance of this Order if it intends to submit any evidence obtained through the search of the residence located at 2812 West Second Street, Chester, Pennsylvania.

BY THE COURT:

/s/Legrome D. Davis
U.S. District Court Judge