IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 08-186 |
| | : | |
| BURNIE MAJEED and | : | |
| KELVIN GANDY | : | |

## ORDER

AND NOW, this 4th day of August 2009, upon consideration of Defendant Burnie Majeed's Motion to Suppress Evidence Obtained from Electronic Wiretaps (Doc. No. 90), Supplemental Motion to Suppress (Doc. No. 98), and Second Supplemental Motion to Suppress (Doc. No. 108), Defendant Kelvin Gandy's Motion to Suppress Intercepted Telephone Communications (Doc. No. 87 at 5-15), Motion to Suppress Electronic Interceptions from Concealed Microphones Installed in the Silver Kia Sportage (Doc. No. 87 at 16-19), and Supplemental Motion to Suppress Intercepted Telephone Communications (Doc. No. 106), the Government's Response to Defendants' Pretrial Motions, and Supplemental Response to Defendants' Pretrial Motions and Supplemental Brief, Defendant Gandy's Reply to the Government's Supplemental Response (Doc. No. 136), Defendant Majeed's Motion to Suppress (Doc. No. 135), the Government's Response thereto (Doc. No. 137), and Defendant Majeed Rebuttal to Government's Response (Doc. No. 138), it is hereby ORDERED that Defendants' Motions are DENIED.  We find that there are no grounds to suppress the evidence obtained from any of the wiretap warrants on which the Government proposes to rely.

BY THE COURT:

/s/Legrome D. Davis
U.S. District Court Judge